UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TONG MOUA, <br><br> Defendant. | Case No. 16-CR-104 (SRN/TNL) <br><br><br> **ORDER** |

Tong Moua, Reg. No. 20582-041, USP-Atwater, P.O. Box 019001, Atwater, CA 95301, Pro Se.

SUSAN RICHARD NELSON, United States District Judge

Before the Court is a March 14, 2025 letter filed by Defendant Tong Moua [Doc. No. 242]. In the letter, Mr. Moua states that he has not received the Government's Response [Doc. No. 241] to his pending Pro Se Motion for Compassionate Release [Doc. No. 231] and Pro Se Motion to Supplement [Doc. No. 232]. He also expresses concern about filing a timely reply memorandum.

Mr. Moua may have received the Government's Response by now, given that the Government mailed him a copy on March 12 (Gov't Cert. of Serv. [Doc. No. 241-1])—only two days before he wrote his March 14 letter. In an abundance of caution, however, the Court directs the Clerk of Court to mail Mr. Moua a copy of the Government's

1

Response [Doc. No. 241], the Certificate of Service [Doc. No. 241-1], and a copy of this Order.

In addition, in light of any delays in receiving the Government's Response due to mail delivery, the Court grants Mr. Moua additional time in which to file a reply memorandum. His reply is due on April 25, 2025.

Therefore, it is **HEREBY ORDERED** that:

1. The Clerk of Court is directed to mail Mr. Moua a copy of the Government's Response [Doc. No. 241], the Certificate of Service [Doc. No. 241-1], and a copy of this Order.

2. Mr. Moua may file his reply memorandum in Support of his Pro Se Motion for Compassionate Release on or before April 25, 2025.

Dated: March 25, 2025          s/Susan Richard Nelson
                               SUSAN RICHARD NELSON
                               United States District Judge